MARGARET EVANS v. MARK BRENDLE.

(Filed 22 December, 1915.)

**Appeal and Error—Remanding Cause—Disputed Facts.**

In this controversy over a disputed title to lands, involving the identity of a grantor in certain deeds with the plaintiff in a judgment, which is necessary to the plaintiff's chain of title, which is disputed on appeal, the case is remanded in order that the fact may be determined.

APPEAL by defendant from *Cline, J.,* at March Term, 1915, of SWAIN.

*Frye & Frye for plaintiff.*
*Bryson & Black and A. J. Franklin for defendant.*

PER CURIAM. This is an action to recover land, and three of the links in the plaintiff's chain of title are, first, a judgment rendered in the Superior Court of Swain County at July Term, 1902, in the action of *Lee Fuller v. Henry T. Jenkins;* second, a deed from Lee Fuller and wife, Josephine Fuller, to H. T. Jenkins, dated 28 January, 1896, registered in Book 17, page 364; and, third, a deed from Lee Fuller and wife, S. J. Fuller, to Margaret Evans, dated 15 .January, 1903, and registered in Book 41, page 72; and as the plaintiff claims that S. H. Fuller, named in said judgment, is the same person as Josephine Fuller, one of the grantors in the first deed, and is the same person as S. J. Fuller, one of the grantors in the second deed, and this is denied by the defendant, and as the determination of this fact may be important and material in deciding the controversy between the plaintiff and the defendant, it is ordered that the action be remanded to the Superior Court of Swain County in order that this fact may be determined.

The Superior Court will certify its findings thereon to this Court.

Remanded.